# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAUSCH CREEK LAND, L.P., | : | Civil No. 1:21-CV-01745 |
| Appellant, | : | |
| v. | : | |
| FULTON BANK, N.A., | : | |
| Appellee. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 26th day of August, 2022, for the reasons stated in the accompanying memorandum, **IT IS ORDERED THAT:**

1. Appellant's appeal is **GRANTED** in part and **DENIED** in part. (Doc. 1.) Specifically, the court denies Appellant's appeal to the extent that Appellant believes that the bankruptcy court held that mining permits can be partially transferred under Pennsylvania law, but grants the remainder of Appellant's appeal.

2. The September 28, 2021 order of the bankruptcy court is **VACATED**. (Doc. 11-36.)

3. This case is remanded to the bankruptcy court for further proceedings.

4. The Clerk of Court is directed to close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania